FILED '08 SEP 04 12:17 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


ERNEST WAYNE DODSON, JR.,                06-CV-388-HU

            Petitioner,                  ORDER

v.

JEAN HILL,

            Respondent.


STEVEN T. WAX
Federal Public Defender
THOMAS J. HESTER
Assistant Federal Public Defender
101 S.W. Main Street
Suite 1700
Portland, OR 97204
(503) 326-2123

        Attorneys for Petitioner


1- ORDER

**HARDY MYERS**
Attorney General
**LYNN DAVID LARSEN**
Assistant Attorney General
Oregon Department of Justice
1162 Court Street, N.E.
Salem, OR 97301-4096
(503) 947-4700

                    Attorneys for Respondent

**BROWN, Judge.**

     Magistrate Judge Dennis James Hubel issued Findings and

Recommendation (#33) on June 25, 2008, in which he recommends the

Court deny the Petition for Writ of Habeas Corpus (#2) of Ernest

Wayne Dodson, Jr. and dismiss this matter with prejudice.

Petitioner filed timely objections to the Findings and

Recommendation.  The matter is now before this Court pursuant to

28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

     When any party objects to any portion of the Magistrate

Judge's Findings and Recommendation, the district court must make

a *de novo* determination of that portion of the Magistrate Judge's

report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-*

*Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); United

*States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

     This Court has carefully considered the Petitioner's

Objections and concludes they do not provide a basis to modify

the Findings and Recommendation.  The Court also has reviewed the

pertinent portions of the record *de novo* and does not find any

2- ORDER

error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#33) and, therefore, **DENIES** the Petition for Writ of Habeas Corpus (#2) and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 3rd day of September, 2008.

_____
ANNA J. BROWN
United States District Judge

3- ORDER